UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

2009 NOV -5 PM 12: 01

CT COURT
CT OF FL

UNITED STATES OF AMERICA,
        Plaintiff,

v.                          CASE NO.: 6:08-cr-231-Orl28 KRS

AEM Inc., AQMI Strategy Corporation,
Mirabilis Ventures Inc.,
Hoth Holdings LLC,
Presidion Solutions Inc.,
Professional Benefits Solutions,
d/b/a Presidion Solutions VII Inc.,
                    Defendants.
_____/

## MOTION TO COMPEL RULE 16(c) DISCOVERY

Comes Now the Defendants, AQMI Strategy Corporation, Professional Benefits Solutions Inc., and Presidion Solutions Inc., and moves this Court to direct the United States of America to comply with Rule 16(c) and such other laws and rules on the production of evidence, showing the Court as follows:

(1)

On or about August 28, 2009, the above named defendants through their pro se representative made a formal request upon the United States of America via the United States Counsel to produce all discovery including Rule 16(c) statements.

(2)

The request was again mentioned by the defendants representative on the record.

(3)

The attorney for the United States acknowledged the request on the record.



**(4)**

None of the defendants have received any evidence or documents from the United States.

**(5)**

This evidence is essential in order for the defendants to prepare for trial; as well as prepare for preliminary motions.

WHEREFORE, AQMI Strategy, Professional Benefits Solutions Inc. and Presidion Solutions Inc. respectfully request the Court to Order the United States to comply with the rules and laws for producing evidence, alternatively dismiss the indictments with prejudice, and such other and further relief as the Court deems appropriate and fair.

Respectfully submitted this __30th__ day of __October,__ 2009.

*/s/ Frank L. Amodeo*
Frank L. Amodeo
Corporate Representative for
AQMI Strategy Corporation
Professional Benefits Solutions Inc.
and Presidion Solutions Inc.

Federal Correction Complex-(LOW)
P.O. Box 1051          Unit-(B/3)
Coleman, Florida 33521


**CERTIFICATE OF SERVICE**

A copy of this motion has been served by first class mail upon the attorney for the United States, I. Randall Gold, 501 West Church Street, Suite 300, Orlando, Florida 32805, and Richard Lee Barret of Barret, Chapman, and Ruta, 18 Wall Street, Orlando, Florida 32801.

*/s/ Frank L. Amodeo*
Frank L. Amodeo