UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

 NOV -5 PM 12: 02

  COURT
   OF FL

UNITED STATES OF AMERICA,

v.                          CASE NO.: 6:08-cr-231-Orl-28 KRS

AEM Inc., AQMI Strategy Corporation,
Hoth Holding LLC, Mirabilis Ventures Inc.,
Presidion Solutions Inc., and
Professional Benefits Solutions Inc.

_____/

## MOTION TO SEVER DEFENDANTS' CASE AND TRIAL

Comes Now Professional Benefits Solutions Inc., and Presidion Solutions Inc., two of the above named defendants; hereinafter referred to as Movants and moves the Court to sever the trial of Movants from the other four defendants, showing the Court in support of which as follows:

(1)

The Movants were indicted on or about October 30, 2008.

(2)

The Movants were owners or operators of Professional Employer Organization (PEO's).

(3)

Professional Benefit Solutions Inc. (PBS) reported significant tax liabilities in 2005 and 2006.

(4)

In addition, to reporting these liabilities PBS also notified the IRS, that PBS had failed to remit the taxes.



(5)

During a portion of this time, Presidion Solutions Inc. (Solution) owned PBS and for a longer period of time Solutions collected the taxes on behalf of PBS and controlled the payments of those taxes.

(6)

The exact times and periods are as yet undetermine but are essential elements of the United States' case in chief, the various defenses of the Movant(s) and the prospective challenge to the indictment.

(7)

As to severing the case from AQMI a significant defense will be reliance on advice of counsel. The issue which will confuse the Court and jury if tried together is who relied upon who?

(8)

Special Assistant U.S. Attorney Theresa Boatner told Movants' representative that it seemed to be a self-reinforcing spiral of one person confirming the belief of another person that the tax deferment was legitimate.

(9)

If the Movants cases are tried with the other defendants, the defences of reliance will become inextricably entangled with each other making it impossible for the jury to discern individualized guilt or innocence.

(10)

In addition, the Movants' defenses are mutually antagonistic with those of Mirabilis Venyures Inc. and AEM Inc.

(11)

The Movants' position is the offense conduct was the result of a breach of contract, and breach of duty by Mirabilis and AEM.



(12)

Further the Movants' belief that the facts once determined will show that as a matter of law the duty to pay the tax rested exclusively with AEM Inc. and the indictments against the other defendants is spurious if not frivolous.

(13)

As a result of such position; as well as the potential civil and criminal liabilities to principals and officers of AEM, an attempt to try the cases together may have a significant impact on the availability and veracity of the witnesses.

(14)

This case is very fact intense and extremely complex legally, trying the case of these defendants together would have a significant prejudice efect upon the Movant(s). This prejudice outweighs any benefit derived from judicial economy.

WHEREFORE, the Movants respectfully requests the Court sever the indictment and trial from those of AQMI Strategy Corporation, Mirabilis Ventures Inc., Hoth Holding LLC, and AEM Inc., and other and further reliefs as the Court deems appropriate and fair.

Respectfully submitted this __3rd__ day of November, 2009.

_____
Frank L. Amodeo #48883-019
Federal Correctional Complex-(LOW)
P.O. Box 1031                Unit-(B/3)
Coleman, Florida 33521

## CERTIFICATE OF SERVICE

Copies of this motion have been served by U.S. Mail upon the following names at the perspective addresses listed below on this  3rd  day  November  2009.

cc: I. Randall Gold
    U.S. Attorney's Office
    501 West Church Street
    Suite 300
    Orlando, Florida 32805

    Richard Barret
    Barret, Chapman and Ruta
    18 Wall Street
    Orlando, Florida 32801

    _____
    Frank L. Amodeo #48883-019
    Federal Correctional Complex-(LOW)
    P.O. Box 1031           Unit-(B/3)
    Coleman, Florida 33521