UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

United States of America,

    Plaintiff,

v.                                    Case No.: 6:08-cr-231-Orl-28KRS

AEM,Inc.; Mirabilis Ventures,Inc.;
Hoth Holdings,LLC; AQMI Strategy
Corporation; Presidien Solutions,Inc.;
adn Professional Benefits Solutions,Inc.,

    Defendant.
_____/

## Motion to Permit Telephonic Appearance

    Comes Now, Frank L. Amodeo, the corporate representative of the above-styled defendants: AQMI Strategy Corporation, Presidian Solutions,Inc., and Professional Benefits Solution,Inc. and moves the Court to permit Amodeo to appear by telephone at the status conference scheduled for the end of November in this case, showing the Court as follows:

1.    Amodeo attended a status conference on or about August 28, 2009.

2.    At this conference, it was indicated another conference was scheduled for the end of November.

3.    Amodeo would like to be able to attend this conference by telephone in order to avoid missing a psychiatric appointment to address Amodeo's medication and to avoid unnecessary delay in prosecution of this and related actions.

4.    As to the medical reasons, Amodeo met with Dr. Davila on or about October 21, 2009.

5.    Dr. Davila confered with Amodeo about Amodeo's medication, but explained he (Davila) lacked the expertise to address the issue.

6.    Dr. Davila agreed to refer Amodeo to the prison's contact psychiatrist, but informed Amodeo the psychiatrist only comes once per month.

7.    The next time the psychiatrist would be present was the following day (Friday); Dr. Davila told Amodeo it would be hard to get the appointment on such short notice but Dr. Davila would try.

8.    Dr. Davila informed Amodeo if Davila was unsuccessful; then an appointment would be scheduled for the end of November and Amodeo should watch the call-out sheet.

9.    Should Amodeo be absent from the facility at the time the psychiatrist

1

arrives Amodeo will be delayed at least a month and possible two in addressing a significant physical as well as mental health issue with the only person qualified to render advice or adjust the medication.

10. In addition Amodeo's attendance will hamper effective prosecution of this case as well as other related cases. This, because of the difficulty (actually impossibility) of bringing appropriate and necessary legal materials with Amodeo.

11. Even when the U.S. Marshals and the Bureau of Prisons have made concessions, the county jail has prevented Amodeo from having access to essential documents; including those required for arguing positions on behalf of the above-styled defendants.

12. Amodeo, on behalf of AQMI, Presidion, and PBS would be willing to waive speedy trial until March 30, 2010. During which time this case can be made ready for trial; including the filing of the remainder of the pretrial motions and third-party discovery in this case.

13. This delay should also provide sufficient time for the United States to comply with Rule 16(c) and other discovery requirements.

14. The delay would also permit the advancement or resolution of certain collateral issues in related proceedings. The consequences of which will impact this case.

15. Amodeo has not conferred with either A.U.S.A. Gold or Attorney Barrett; as neither are on Amodeo's approved calling list. In light of the state of this litigation Amodeo will promptly take steps to rectify this problem; in order that Amodeo can confer with respective counsel in the future before filing motions.

WHEREFORE, Amodeo, AQMI, Presidien Solutions, and PBS respectfully request the Court to permit Amodeo to appear at the status conference by telephone, or alternatively excuse Amodeo from appearing at the status conference, set the trial date for April 1, 2010 or the appropriate date thereafter, and such other and further relief as the Court deems appropriate and fair.

Respectfully submitted this 10th day of November 2009.

Frank L. Amodeo
F.C.C.-Low
P.O. Box 1031
Coleman, Florida 33521

## CERTIFICATE OF SERVICE

The undersigned certifies a copy of this motion was sent by first class mail to the following on November 11, 2009:

1. I. Randall Gold, Esq.
   United States Attorney's Office
   501 West Church Street
   Suite 300
   Orlando, FL 32805

2. Richard Barrett, Esq.
   Barrett, Chapman, Rupa
   18 Wall Street
   Orlando, FL 32801

Frank L. Amodeo