UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 6:08-cr-231-Orl-28KRS

AQMI STRATEGY CORPORATION,
PRESIDION SOLUTIONS, INC., and
PROFESSIONAL BENEFIT SOLUTIONS,
  d/b/a PRESIDION SOLUTIONS VII, INC.

### CORRECTED REQUEST FOR LEAVE TO DISMISS INDICTMENT[1]

Pursuant to Fed. R. Crim. P. 48(a), A. Brian Albritton, the United States Attorney for the Middle District of Florida, hereby requests leave of Court to dismiss the Indictment pending against defendants AQMI Strategy Corporation; Presidion Solutions, Inc.; and Professional Benefit Solutions, Inc., d/b/a Presidion Solutions VII, Inc.; in the above-captioned case, without prejudice, because the United States now owns the defendant corporations. On November 18, 2009, this Court entered a Final Order of Forfeiture, vesting title to the corporations, including all of their assets, in the United States of America. *See United States v. Frank L. Amodeo*, Case No. 6:08-cr-176-28GJK, Doc. 177. In light of this forfeiture, there is no law enforcement purpose served by continuing to prosecute the charges in the instant case. Had the defendant corporations been convicted, the only sentence available would have been a fine. Because the corporate assets have been forfeited, imposition of a fine serves neither a remedial nor punitive purpose. Additionally, because these corporations are

---

[1] This correction applies only to the name of the defendant in the heading. The original motion incorrectly names AEM, INC. in the heading, but correctly named AQMI STRATEGY CORPORATION in the body of the motion.

now owned by the United States, the continuation of this case would result in the United States effectively proceeding against itself.

  WHEREFORE, the United States respectfully requests that this Court grant the requested leave to dismiss the Indictment against defendants AQMI Strategy Corporation, Presidion Solutions, Inc., Professional Benefit Solutions, Inc., d/b/a Presidion Solutions VII, Inc., in the above-captioned case, without prejudice, and direct the Clerk of Court to close the case as to said defendants.

           Respectfully submitted,

           A. LEE BENTLEY, III
           Attorney for the United States,
           Acting Under Authority Conferred by
            28 U.S.C. § 515

    By:  *s/ I. Randall Gold*
       I. Randall Gold
       Assistant United States Attorney
       Fla. Bar No. 0268062
       501 West Church Street, Suite 300
       Orlando, Florida  32805
       Telephone: (407) 648-7500
       Facsimile: (407) 648-7643
       E-mail:  randy.gold@usdoj.gov

**U.S. v. AEM, INC., d/b/a MIRABILIS HR, et al.**     Case No. 6:08-cr-231-Orl-28KRS

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>AEM, INC., d/b/a Mirabilis HR
>MIRABILIS VENTURES, INC.
>HOTH HOLDINGS, LLC
>c/o Richard Lee Barrett, Esquire
>18 Wall Street
>Orlando, FL   32801
>
>Tom Dale, Esquire

I hereby certify that on November 30, 2009, a true and correct copy of the foregoing document and the notice of electronic filing was sent by U.S. Mail to the following non-CM/ECF participant:

>PRESIDION SOLUTIONS, INC.
>AQMI STRATEGY CORPORATION
>PROFESSIONAL BENEFIT SOLUTIONS, d/b/a PRESIDION SOLUTIONS VII, INC.
>c/o Frank L. Amodeo
>Reg. No. 48883-019
>FCI Coleman Low
>Federal Correctional Institution
>P.O. Box 1031
>Coleman, FL   33521

>*s/ I. Randall Gold*
>Assistant United States Attorney
>Deputy Chief, Orlando Division
>Florida Bar Number 0268062
>501 West Church Street, Suite 300
>Orlando, Florida   32805
>Telephone:   (407) 648-7500
>Facsimile:   (407) 648-7643
>E-mail:   randy.gold@usdoj.gov