UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:08-cr-231-Orl-28KRS

AQMI STRATEGY CORPORATION,
PRESIDION SOLUTIONS, INC., and
PROFESSIONAL BENEFIT SOLUTIONS,
 d/b/a PRESIDION SOLUTIONS VII, INC.

ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against defendants AQMI Strategy Corporation; Presidion Solutions, Inc.; and Professional Benefit Solutions, Inc., d/b/a Presidion Solutions VII, Inc.; without prejudice. Leave of Court is granted and the Indictment is dismissed against defendants AQMI Strategy Corporation, d/b/a Mirabilis HR; Presidion Solutions, Inc.; and Professional Benefit Solutions, Inc., d/b/a Presidion Solutions VII, Inc.; in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case as to defendants AQMI Strategy Corporation, d/b/a Mirabilis HR; Presidion Solutions, Inc.; and Professional Benefit Solutions, Inc., d/b/a Presidion Solutions VII, Inc.

Dated: 12/1/09

JOHN ANTOON II
United States District Judge