UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        Case No. 6:08-cr-231-Orl-28KRS

AEM, INC.; MIRABILIS VENTURES, INC.;
HOTH HOLDINGS, LLC; AQMI STRATEGY
CORPORATION; PRESIDION SOLUTIONS, INC.;
AND PROFESSIONAL BENEFITS SOLUTIONS, INC.,

    Defendants.
_____/

## RESPONSE TO REQUEST TO DISMISS INDICTMENT

Comes Now, Frank L. Amodeo, corporate representative for the above-styled defendants and files this response in opposition of the government's request to dismiss the indictments without prejudice and states:

1. AQMI et. al. do not oppose a dismissal with prejudice.

2. To date the government has requested and the defendants have agreed to multiple waivers of speedy trial.

3. Any further delay by the government is nothing but an unreasonable delay seeking a tactical advantage which is prejudicial to the court.

4. The government does not wish to try the case against AQMI et. al. because such a proceeding will reveal that the defendants are actually innocent for much the same reasons that Amodeo is actually innocent.

5. A trial will further show substantial disparities in government prosecution efforts revealing purposes in prosecution

violative of due process and equal protection.

6. A dismissal will cover up the Internal Revenue Service and other agencies' actions responsible for the substantial underpayment of tax.

7. Also, the purported basis that the government owns AQMI et. al. is suspect.

8. Amodeo was unaware of any final order of forfeiture allegedly entered on November 18, 2009.

9. As such contemporaneously with this response, Amodeo is filing a notice of appeal of such order.

10. Among other reasons for such notice is the Court's lack of jurisdiction to enter such order.

11. Amodeo's case, including the basis for the forfeiture, is now the subject of two different direct appeals.

12. As this Court recognized in a recent order on the motion to reconsider, this Court does not have jurisdiction of the Amodeo case.

13. Further, any forfeiture of Amodeo would not affect the other creditors or interest holders of AQMI, P.B.S., or Presidian who were not made party or given notice of the forfeiture.

14. In addition, Amodeo is unrepresented in the criminal case except for the initial appeal as such Amodeo has been deprived of counsel in violation of the sixth Amendment since at least May of 2009.

15. The simple reality is the government wishes the dismissal



in order to avoid the embarrassment of having it revealed they have elected to prosecute a mentally ill individual to avoid a tremendous embarassment.

16. And that it was the government which hampered Amodeo's efforts to recover the funds from the parties which benefited or received the tax monies.

17. Further, that recoveries to date have been through Amodeo's initiated efforts instead of government efforts.

18. In the interests of justice and judicial integrity the Court should allow the cases to proceed to trial.

19. If this were to happen then the facts would be tested "in the crucible of the adversary process" and the court would be made aware of the truth in this and other cases.

20. Plus, the government would be put on notice to cease jumping to conclusions or looking for "low-hanging fruit"; instead to perform the task the citizenry believe government investigators are suppose to complete-find the truth, make sure justice is done.

Wherefore, the defendants respectfully request the Court deny the relief sought by the government, schedule the case for the April trial term and such other and further relief as the Court deems appropriate and fair.

Respectfully submitted this 3rd day of December 2009.



_____
Frank L. Amodeo
Corporate Representative

AGMI Strategy Corporation
Presidien Solutions, Inc.
Professional Benefits Solutions, Inc.

## CERTIFICATE OF SERVICE

A true and correct copy of this response has been served upon the United States of America, first class mail, postage prepaid, on this 3rd day of December, 2009 at:

United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL. 32805

_____
Frank L. Amodeo