UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

AEM, INC., d/b/a MIRABILIS HR,             CASE NO.:  6:08-cr-231-Orl-28KRS
AQMI STRATEGY CORPORATION,
MIRABILIS VENTURES, INC.,
PRESIDION SOLUTIONS, INC., and
PROFESSIONAL BENEFIT SOLUTIONS,
d/b/a PRESIDION SOLUTIONS VII, INC.

### DEFENDANT MIRABILIS VENTURES, INC.'S
### WAIVER OF SPEEDY TRIAL

The undersigned Defendant, MIRABILIS VENTURES, INC., having been fully advised of its rights under Title 18, U.S.C. 3161 *et seq.*, known as the "Speedy Trial Act," and fully understanding the same, does hereby waive all of its rights and entitlements under and by virtue of said Act through April 30, 2010, and, after being advised of the continuance of the trial in this action currently scheduled for January 3, 2010, Defendant hereby waives its right to a speedy trial in this cause for that purpose and consents to the continuance of this case.

Dated this 4TH day of JANUARY 2010 ~~December, 2009~~.

MIRABILIS VENTURES, INC.:            Respectfully submitted,

By: _/s/_____
    R. W. Cuthill, Jr., President

BARRETT, CHAPMAN, & RUTA
18 Wall Street
Orlando, FL 32801
Tel: (407) 839-6227
Fax: (407) 648-1190
Attorneys for Defendant
MIRABILIS VENTURES, INC.

By:    s/Richard Lee Barrett
        Richard Lee Barrett
        Florida Bar #0407161

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on  January 6, 2010  I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

I. Randall Gold
Assistant United States Attorney
Deputy Chief, Orlando Division
501 West Church Street, Suite 300
Orlando, Florida 32805
randy.gold@usdoj.gov

Frank L. Amodeo
2875 South Orange Avenue
Suite 500 – PMB 1810
Orlando, Florida 32806

                            BARRETT, CHAPMAN, & RUTA
                            18 Wall Street
                            P.O. Box 3826
                            Orlando, FL 32802-3826
                            Tel: (407) 839-6227
                            Fax: (407) 648-1190
                            Attorneys for Defendants MIRABILIS VENTURES, INC.

By:    s/Richard Lee Barrett
         Richard Lee Barrett
         Florida Bar #0407161