UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.

AEM, INC., d/b/a MIRABILIS HR,      CASE NO.: 6:08-cr-23l-Orl-28KRS
AQMI STRATEGY CORPORATION,
HOTH HOLDINGS, LLC,
MIRABILIS VENTURES, INC.,
PRESIDION SOLUTIONS, INC., and
PROFESSIONAL BENEFIT SOLUTIONS,
d/b/a PRESIDION SOLUTIONS VII, INC.

    Defendants.
_____/

## JOINT MOTION TO CONTINUE TRIAL AS TO DEFENDANTS AEM, INC., HOTH HOLDINGS, LLC, AND MIRABILIS VENTURES, INC.,

COME NOW the Plaintiff, UNITED STATES OF AMERICA (hereinafter the "United States") and defendants HOTH HOLDINGS, LLC, AEM, INC. d/b/a MIRABILIS HR and MIRABILIS VENTURES, INC. (hereinafter the "Defendants") and hereby jointly move this Court to continue the trial in this matter until the April, 2010 trial term and, in support thereof, state as follows:

1. Defendants AEM, INC. d/b/a MIRABILIS HR, MIRABILIS VENTURES, INC. and were arraigned on December 17, 2008, and Defendant HOTH HOLDINGS, LLC was arraigned on February 24, 2009. Defendants AEM, INC. d/b/a MIRABILIS HR, MIRABILIS VENTURES, INC. were originally set

1

for trial on February 1, 2009.

2.     On January 23, 2009, the parties moved the Court for a continuance of the trial (Dkt. 26), and the Court entered its Order continuing the trial for Defendants AEM, INC. d/b/a MIRABILIS HR and MIRABILIS VENTURES, INC. for the trial term commencing May 4, 2009 (Dkt. 37).

3.     On February 24, 2009, Defendant HOTH HOLDINGS, LLC was arraigned and trial was set for April 6, 2009 (Dkt. 54).

4.     Since all of the claims brought against these Defendants are intertwined each with the other, on March 19, 2009, the Government and each of the Defendants moved to consolidate the parties for purposes of trial, and requested the Court to reschedule defendant HOTH HOLDINGS, LLC's trial from April 6, 2009 to the May 4, 2009 trial date (Dkt. 56). The Court granted the parties Joint Motion on March 23, 2009 (Dkt. 59).

5.     The Government and the Defendants have tentatively reached plea agreements which must also be coordinated with the United States Bankruptcy Court, Middle District, Orlando Division, Case No. 6:08-bk-04327-KSJ, The Honorable Karen S. Jennemann presiding. The Chapter 11 Bankruptcy Plans for the three defendants were confirmed on October 26, 2009. The details of the plea agreements, however, could not be finalized until the Bankruptcy Court entered its Order Approving Motion to Approve Compromise of Controversy between

Debtors and the United States of America, which Order became effective on November 6, 2009.

6. This continuation is required due to the fact that Circuit Court Judge Thomas B. Smith entered an Order in Frank Amodeo's state professional liability case (*Amodeo v. Berman, Kean & Riguerra, P.A., et al.*, In the Circuit Court in and for Orange County, Florida, Case No.: 48-2008-CA-31333-O) on December 8, 2009 which called into question the effect a criminal plea in this case would have on various civil claims being pursued by Mirabilis in the Bankruptcy Estate. These claims and potential civil actions could significantly effect the future funding of Defendant's Bankruptcy Estate. This recent development requires that Mr. Cuthill have his civil counsel conduct additional legal research to determine the appropriate course of action.

7. Further, undersigned counsel will be out of the country from March 25, through and including April 11, 2010 for a much needed vacation which has been planned for several months.

8. The parties are, in good faith, continuing to negotiate the final terms of the plea agreements and the additional time will not only work in the best interest of the moving parties, but will also conserve valuable judicial resources and promote the economical administration of justice.

9. This Motion is not brought for the purpose of harassment or delay.

WHEREFORE, the Plaintiff, UNITED STATES OF AMERICA and Defendants HOTH HOLDINGS, LLC, AEM, INC. d/b/a MIRABILIS HR and MIRABILIS VENTURES, INC., respectfully request this Honorable Court to continue the trial until the April, 2010 trial term, or at a later date as this Court may deem proper.

Dated this 6th day of January, 2010.

| | |
|---|---|
| BARRETT, CHAPMAN, & RUTA, P.A.<br>18 Wall Street<br>Orlando, FL 32801<br>lee@bcrlaw.net<br>Tel: (407) 839-6227<br>Fax: (407) 648-1190<br>Attorneys for Defendants<br>lee@bcrlaw.net | I. Randall Gold<br>Assistant United States Attorney<br>Deputy Chief, Orlando Division<br>501 West Church Street, Suite 300<br>Orlando, Florida 32805<br>randy.gold@usdoj.gov<br>Tel: (407) 648-7506<br>Fax: (407) 648-7643 |
| s/Richard Lee Barrett<br>Richard Lee Barrett<br>Florida Bar #0407161 | s/I. Randall Gold<br>I. Randall Gold<br>Florida Bar # 268062 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 6, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

I. Randall Gold
Assistant United States Attorney
Deputy Chief, Orlando Division
501 West Church Street, Suite 300
Orlando, Florida 32805
randy.gold@usdoj.gov

Frank L. Amodeo
2875 South Orange Avenue
Suite 500 – PMB 1810
Orlando, Florida 32806

                              BARRETT, CHAPMAN, & RUTA
                              18 Wall Street
                              P.O. Box 3826
                              Orlando, FL 32802-3826
                              Tel: (407) 839-6227
                              Fax: (407) 648-1190
                              Attorneys for Defendants

        By:   s/Richard Lee Barrett
                  Richard Lee Barrett
                  Florida Bar #0407161