UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION



UNITED STATES OF AMERICA

-vs-  Case No. 6:08-cr-231-Orl-28KRS

AQMI STRATEGY CORPORATION,
PRESIDION SOLUTIOINS, INC., and
PROFESSIONAL BENEFIT
SOLUTIONS, d/b/a PRESIDION
SOLUTIONS VII, INC.

## ORDER

The Court entered an Order granting the Government's motion to dismiss the Indictment without prejudice in this case on December 1, 2009 (Doc. No. 106). The Defendants' filed a response to request to dismiss indictment (Doc. No. 108, filed December 7, 2009) and the Government filed a reply to Defendants' response to United States' motion for leave to dismiss indictment (Doc. No. 111, filed December 22, 2009).

Upon consideration, the Order granting the Government's motion to dismiss indictment without prejudice remains unchanged.

**DONE** and **ORDERED** at Orlando, Florida, on this ___6___ day of January, 2010.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Frank L. Amodeo